UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE HARPER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | CASE NO. C06-1123RSM<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

Plaintiff's unopposed motion for voluntary dismissal of individual defendants Miller-Stout, Wilkins, and Inman is GRANTED, and these defendants are DISMISSED from the action.   Pursuant to the offer and acceptance of judgment (Dkt. ## 12, 13), the caption shall be reformed to omit the three dismissed individual defendants.

DATED this 14th day of December, 2006.

BRUCE RIFKIN, Clerk


By: Rhonda Stiles
Deputy Clerk

MINUTE ORDER